1  **LEWIS C. MULLER/State Bar No. 77525**
   **Attorney at Law**
2  **9625 Mission Gorge Road, Ste. B2, PMB 357**
   **Santee, California 92071**
3  **Tel: (619) 504-1539**
   **Fax: (619) 449-9635**
4  **E-mail: lewmuller@cox.net**

5  Attorney for Defendant

6

FILED

MAR 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

7  ## UNITED STATES DISTRICT COURT
   ## SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   Case No. 08 MJ 0478
9                     Plaintiff,    )
                                    )   **SUBSTITUTION OF ATTORNEY**
10                                  )
                                    )
11        v.                        )
      Omar Rivera Castaneda         )
12                     Defendant.   )

13     Defendant, Omar Rivera Castaneda , hereby substitutes, Lewis C. Muller,

14  Attorney at law, as attorney of record in place and stead of Kurt Hermansen

15  The office address and telephone number of the new attorney is:

16        Lewis C. Muller, Attorney at Law
          9625 Mission Gorge Rd., Ste. B2, PMB 357
17        Santee, CA 92071
          Tel: (619) 504-1539/Fax: (619) 449-9635

18

19  Dated: 2-26-08                          _____
                                            **Defendant**

20     I hereby consent to the above substitution.

21  Dated: 2.29.06                          _____
                                            **Attorney at Law**

22     I, Lewis C. Muller, hereby accept the above substitution.

23  Dated: 2-26-08                          _____
                                            **LEWIS C. MULLER**
24                                          **Attorney at Law**

25     **IT IS SO ORDERED.**
       3/11/08                              _____
                                            **JUDGE**

                         -1-