THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **Omar Rivera Castaneda** No. **08mj0478WMc**

The Court finds excludable delay, under the section indicated by check (✓), commenced on **5/22/08** and ended on **6/24/08** ; ( XF )

_____ and ended on _____ ( )

3161(h)

- ___ (1)(A) Exam or hrg for mental or physical incapacity — A
- ___ (1)(B) NARA examination (28-2902) — B
- ___ (1)(D) State or Federal trials or other charges pending — C
- ___ (1)(E) Interlocutory appeals — D
- ___ (1)(F) Pretrial motions (from flg to hrg or other prompt dispo) — E
- **X** (1)(G) Transfers from other district (per FRCrP 20, 21 & 40) — (F)
- ___ (1)(J) Proceedings under advisement not to exceed thirty days — G
- ___ Misc proc: Parole or prob rev, deportation, extradition — H
- ___ (1)(H) Transportation from another district or to/from examination or hospitalization in ten days or less — 6
- ___ (1)(I) Consideration by Court of proposed plea agreement — 7
- ___ (2) Prosecution deferred by mutual agreement — I
- ___ (3)(A)(B) Unavailability of defendant or essential witness — M
- ___ (4) Period of mental or physical incompetence of defendant to stand trial — N
- ___ (5) Period of NARA commitment or treatment — O
- ___ (6) Superseding indictment and/or new charges — P
- ___ (7) Defendant awaiting trial of co-defendant when no severance has been granted — R
- ___ (8)(A)(B) Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance — T
- ___ (8)(B)(I) 1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice)
  2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) — T1
- ___ (8)(B)(ii) 2) Case unusual or complex — T2
- ___ (8)(B)(iii) 3) Indictment following arrest cannot be filed in thirty (30) days — T3
- ___ (8)(B)(iv) 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) — T4
- ___ 3161(I) Time up to withdrawal of guilty plea — U
- ___ 3161(b) Grand jury indictment time extended thirty (30) more days — W

Date **5-22-08**                               _____ Judge's Initials