Minutes of the United States District Court
Southern District of California
June 24, 2008

| HON. WILLIAM MCCURINE, JR. | DEPUTY CLERK: R. BRESSI |
|---|---|

TAPE NO. WMC08-9:35-9:37

08MJ0478            USA        vs.    OMAR RIVERA CASTANEDA (I)(C) #07736298

ID/REMOVAL HEARING

LEWIS MULLER, RETAINED

AUSA: ROB STUART

---

DFT ADMIT IDENTITY
DFT WAIVES ID/REMOVAL HEARING; WAIVER FILED
COURT ORDERS THE DEFENDANT TO BE REMOVED TO
THE CENTRAL DISTRICT OF CALIFORNIA FORTHWITH
WARRANT OF REMOVAL ISSUED TO USM

2 MIN